NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAYLE M. PETERSEN,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2016-1690

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-15-0945-W-1.

---

## JUDGMENT

---

WENDELL C. ROBINSON, Law Offices of Wendell C. Robinson, Washington, DC, argued for petitioner.

KATRINA LEDERER, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 13, 2017                  /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                 Clerk of Court